IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 02-183 (1) DWF |
| v. | ) | Date: September 27, 2007 |
| | ) | Court Reporter: None |
| DOUGLAS WAYNE TARNOW, | ) | Tape Number: |
| | ) | Time Commenced: 3:00 p.m. |
| Defendant. | ) | Time Concluded: 3:05 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Reggie Aligada
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: September 12, 2007 Offense: Violation of Supervised Release

√ Def. Advised of the substance of the charge (R.5(d)(1)) Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of with conditions, see Order Setting Conditions of Release.

Next appearance date is September 28, 2007 at 3:30 p .m. before U.S. Magistrate Judge Noel for:
√ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ preliminary revocation ☐ bond revocation

Additional Information:

s/SH
Criminal Duty Clerk