UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-183(1) (DWF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| DOUGLAS WAYNE TARNOW, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

02-183(1) (DWF)

<u>Defendant Name</u>

Douglas Wayne Tarnow

<u>Remove AUSA</u>

Jeffrey S. Paulsen

<u>Add AUSA</u>

Robert M. Lewis

Dated: September 28, 2007

RACHEL K. PAULOSE
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332