**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS WAYNE TARNOW,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Franklin L. Noel<br>U.S. Magistrate Judge<br><br>Case No: CR 02-183 DWF<br>Date: September 28, 2007<br>Court Reporter: Kristine Mousseau<br>Tape Number: N/A<br>Time Commenced: 3:50 p.m.<br>Time Concluded: 3:57<br>Time in Court: 7 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY REVOCATION /DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det:

APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Lyonel Norris
☒ FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter / Language: None/English

On ☐ Indictment ☐ Complaint Warrant for Violation of ☐ Pretrial Release ☒ Supervised Release

☐ Supervised Release Continued.

☐ Defendant Ordered Detained - Government to submit proposed Order.

☒ Defendant is to be returned to tribal custody and to complete the proceedings in tribal court. The Marshals are ordered to return defendant to Red Lake authorities. Defendant has a court appearance in tribal court on October 4, 2007, at 11:00 a.m.. Government directed to draft a proposed order.

Additional Information:

s/Cathy Orlando
Criminal Duty Clerk