UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. File No. 02-183 (DWF/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS WAYNE TARNOW,<br><br>Defendant. | ) | **ORDER** |

This matter was before the Court on January 28, 2007, for hearings in connection with a petition for revocation of the defendant's supervised release. Defendant was present and was represented by Assistant Federal Defender Lyonel Norris. The government was represented by Assistant U.S. Attorney Robert Lewis. The parties agreed that the arrest warrant issued in this case was intended to be lodged as a detainer to ensure the defendant's appearance upon the conclusion of proceedings involving the defendant currently pending before the Red Lake Tribal Court. The parties further agreed that the defendant should be returned to the custody of Red Lake Tribal authorities to respond to those proceedings. The next appearance for the defendant in Tribal Court is October 4, 2007, at 10:00 a.m. in Red Lake, Minnesota.

Accordingly, and for the foregoing reasons,

IT IS HEREBY ORDERED that:

1. The U.S. Marshals Service shall return the defendant to the custody of the Red Lake Tribal authorities as soon as practicable but not later than 11:00 a.m. on October 4, 2007.

2. The arrest warrant issued in this matter shall remain lodged as a detainer against the defendant pending the resolution of the defendant's current Tribal proceedings.

Dated: October 1, 2007

*s/ Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge