AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

RECEIVED

## District of Minnesota

SEP 27 2007

2007 SEP 21 P 2:22

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

[redacted]

## WARRANT FOR ARREST

V.

0741-0921-1409-D

CASE NUMBER: **CR 02-183 (1) DWF/RLE**

Douglas Wayne Tarnow

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Douglas Wayne Tarnow

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition and Order charging him or her with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

(By) Leah E. Gilgenbach, Deputy Clerk — September 21, 2007 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

__________ Name and Title of Arresting Officer

__________ Signature of Arresting Officer

ARRESTED ON 9-26-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY

SCANNED
OCT 12 2007
U.S. DISTRICT COURT ST. PAUL