PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Douglas Wayne Tarnow**

**Docket No. 0:02CR00183-001(DWF)**

**Second Amended Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Douglas Wayne Tarnow** who was sentenced for Robbery within Indian Country on November 27, 2002, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Abstain from the use of alcohol; drug and alcohol aftercare; mental health aftercare; and cooperate in DNA collection.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

> SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On June 20, 2007, Red Lake tribal police stopped a vehicle driven by the defendant for weaving on the roadway. The defendant failed to stop when the lights and siren were activated. The defendant eventually stopped the vehicle after entering the driveway of his residence. The officer reported that there were three passengers in the vehicle. The officer noted the strong odor of alcohol on the defendant's person. The defendant admitted drinking. The defendant failed a field sobriety test and was arrested. He initially failed to comply with the officer's request to put his hands behind his back to be handcuffed. He also failed to respond to commands to enter the police vehicle and used profanity towards the officer. He was pepper sprayed for failing to comply. While in the police vehicle, he began hitting the partition. He was subsequently charged with DUI, Obstructing Legal Process, and Driving Without a License. He was scheduled for a jury trial in Red Lake Tribal Court on October 17, 2007. The defendant denies drinking alcohol and claims the police officer has a personal grudge against him. No breathalyser was administered.

> MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

> MANDATORY CONDITION: The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

SCANNED
JAN 14 2008
U.S. DISTRICT COURT ST. PAUL

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On August 31, 2007, a Red Lake police officer observed an oncoming vehicle squealing its tires and accelerating at a high rate of speed. The vehicle was pursued but would not stop. The vehicle was traveling at a speed of 100 miles per hour. The vehicle turned into a driveway of a residence off of Highway 1 and traveled one-quarter of a mile before stopping. The defendant jumped out of the vehicle and started running toward the residence. The defendant was ordered to the ground. He complied after being told twice to do so. The defendant refused to cooperate by placing his arm under his body when the officer was trying to handcuff him. The officer indicated he could smell alcohol on the defendant. The defendant also spoke with slurred speech and had bloodshot eyes. Inside of the defendant's vehicle was a taser/stun gun and a can of Mace. The defendant was transported to the Red Lake Correctional Facility. During the transport, the defendant verbally assaulted the officer and threatened him. The defendant initially agreed to submit to a breathalyser. Although, when asked a second time, he refused to answer the question and continued to yell at everyone in the area. The defendant was charged with Fleeing a Police Officer, Obstructing Legal Process, Terroristic Threats (Public Official), Handling a Dangerous Weapon, DUI, and Failure to Comply with a Blood/Urine Test.

On October 17, 2007, the defendant appeared in Red Lake Tribal Court and pled guilty to Fleeing an Officer, Obstructing Legal Process or Arrest, Driving While Under the Influence (2 counts), Terroristic Threats/Government Officials, and Handling a Dangerous Weapon. Both of his pending cases were consolidated for the purpose of sentencing. The defendant was sentenced to 6 months jail with 4 months suspended for 1 year and credit for 60 days served. In addition, the defendant was ordered to pay a $1,300 fine; receive a Rule 25 assessment and comply with the recommendations; and serve 1 year supervised probation and follow the conditions.

**Additional Violations:**

**MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.**

**STANDARD CONDITION: The defendant shall not leave the judicial district without permission of the court or probation officer.**

**On December 21, 2007, the defendant was stopped by the North Dakota Highway Patrol while he was traveling eastbound on U.S. Highway 2 as he was speeding. The defendant told the officer that his name was Doug Wayne Cook and his date of birth was April 27, 1981. The officer was unable to locate any information under that name. The defendant then reported that his last name at birth was Tarnow. When the new information was entered, a warrant from the U.S. Marshals Service in Minnesota was discovered. In addition, the defendant had a revoked driver's license in Minnesota. The defendant was arrested and charged with DUR (Driving Under Revocation) and False Information to a Police Officer. On January 7, 2008, the defendant appeared in Ramsey County District Court in Devil's Lake, North Dakota, and pled guilty to Driving While Under Suspension and False Reports to Law Enforcement. He was ordered to pay a $300 fine as to the Driving While Under**

**Suspension charge. For the False Information charge, he was ordered to pay fine and court fees of $550 and serve 17 days in jail with credit for 17 days served.**

PRAYING THAT THE COURT WILL ORDER **That the additional violations noted above be added to the original Petition dated September 7, 2007, and the Amended Petition dated November 20, 2007.**

ORDER OF THE COURT

Considered and ordered this 14 day of January, 2008, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer
Telephone: 218-333-0554

Executed on January 11, 2008
Place Bemidji

Approved:

Julie M. Belt
Supervising U.S. Probation Officer