UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
OFFICE OF THE CLERK
655 1ST AVE. N., SUITE 130
FARGO, ND 58102-4932

January 15, 2008

ROBERT ANSLEY, CLERK
PHONE: (701) 297-7000

Direct Reply to:
JoAnn Ordahl, Deputy Clerk
PHONE: 701-297-7001

RECEIVED BY MAIL
JAN 17 2008
CLERK US DIST COURT MINNEAPOLIS MN

OFFICE OF THE CLERK
United States Courthouse, Suite 202
300 South Fourth Street
Minneapolis,, MN 55415

Re: USA vs. Douglas Wayne Tarnow
Criminal Case No.: 0:02CR00183-001(DWF)
North Dakota Crim. Case No.: 2:08-mj-04

Rule 5 Docs.

Dear Clerk:

**Initial Transfer Out**

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received we will forward you certified copies of the pertinent documents.

**Final Transfer Out**

☐ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of North Dakota to your District. Also, enclosed are certified copies of the charging documents, Judgment & Commitment Order, Docket Sheet and Financial Case Inquire Report.

**Transfer In**

☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquire Report and Docket Sheet for this defendant.

**Rule 5(c)(3)**

☒ Enclosed please fine certified copies of documents filed in our court.
Commitment to Another District
Financial Affidavit
Order Appointing Counsel
Docket Sheet

**Rule 20**

☐ Enclosed please find certified copies of the Docket Sheet, Indictment, and the Consent to Transfer pursuant to Rule 20, Rule 20-Transfer Notice and Warrant for Arrest

Please acknowledge receipt of these documents by returning a copy of the enclosed letter.

Sincerely,

ROBERT ANSLEY, CLERK

*/s/ JoAnn Ordahl*
JoAnn Ordahl, Deputy Clerk

SCANNED
8

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northeastern Division - District of North Dakota

UNITED STATES OF AMERICA

v.

Douglas Wayne Tarnow

**COMMITMENT TO ANOTHER DISTRICT**

MAGISTRATE JUDGE
CASE NUMBER: 3:08-mj-04

DOCKET NUMBER: 0:02CR00183-001(DWF)
District of Arrest: North Dakota
District of Offense: Minnesota

Date of Arrest: January 8, 2008

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint ☒ Other (specify)Petition on Supervised Release

**DISTRICT OF OFFENSE: Minnesota**

**DESCRIPTION OF CHARGES:** alleged violations of supervised release

**IDENTITY:**

☐ Hearing held ☒ Hearing Waived

**CURRENT BOND STATUS:**

☐ Bail Fixed at $ and conditions were not met

☐ Government moved for detention and defendant detained after hearing in District of Arrest

☒ Government moved for detention and defendant detained pending hearing in District of Offense

☐ Other (specify)

**REPRESENTATION:** ☐ Retained Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**INTERPRETER REQUIRED?** ☒ No ☐ Yes Language:

**DISTRICT OF NORTH DAKOTA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Date: January 9, 2008

[signature]
U.S. MAGISTRATE JUDGE KAREN K. KLEIN

**RETURN**

**This commitment was received and executed as follows:**

DATE COMMITMENT ORDER RECEIVED: ____________ PLACE OF COMMITMENT: ____________

DATE DEFENDANT COMMITTED: ____________

DATE: ____________

UNITED STATES MARSHAL: ____________

(BY) DEPUTY MARSHAL: ____________

*CERTIFIED COPY*
I hereby certify that this instrument is a true and correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota
By [signature] Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 2:08-mj-4 |
| | ) | |
| | ) | |
| Douglas Wayne Tarnow | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR APPOINTMENT OF COUNSEL**

Defendant has applied for court-appointed counsel in this matter. The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A.

Accordingly, the Federal Public Defender for the District of North Dakota is appointed to represent the Defendant in this matter. The Defender's office is directed to file a Notice of Appearance designating the Assistant Federal Public Defender who will appear as counsel of record in the case.

Dated this 11th day of January, 2008.

*/s/ Karen K. Klein*

Karen K. Klein, US Magistrate Judge

United States District Court

CLOSED

**U. S. District Court for the District of North Dakota (Northeastern)**
**CRIMINAL DOCKET FOR CASE #: 2:08-mj-00004-KKK-1**
**Internal Use Only**

Case title: USA v. Tarnow

Date Filed: 01/08/2008
Date Terminated: 01/09/2008

---

Assigned to: Magistrate Judge Karen K. Klein

**Defendant (1)**

**Douglas Wayne Tarnow**
*TERMINATED: 01/09/2008*

represented by **Christopher J. Lancaster**
FEDERAL PUBLIC DEFENDER OFFICE
FEDERAL SQUARE
112 ROBERTS ST N STE 200
FARGO, ND 58102
701-239-5111
Email: Beth_Schwartz@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

CERTIFIED COPY
I hereby certify that this instrument is a true and correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota
By ________ Deputy Clerk

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2008 | 1 | Rule 5(c)(3) Documents Received as to Douglas Wayne Tarnow-copy of Amended Petition; (jo) (Additional attachment(s) added on 1/11/2008: # 1 copy of warrant from Dist. of MN) (jo). (Entered: 01/11/2008) |
| 01/09/2008 | 2 | COMMITMENT TO ANOTHER DISTRICT as to Douglas Wayne Tarnow. Defendant committed back to the District of Minnesota by Magistrate Judge Karen K. Klein (cert. copy to USM)(jo) correct Division number is 2:08-mj-04 (Entered: 01/11/2008) |
| 01/09/2008 | 3 | Financial Affidavit by Douglas Wayne Tarnow with U.S. Magistrate Judge Klein approving court appointed counsel; (jo) (Entered: 01/11/2008) – Sent to financial |
| 01/09/2008 | 4 | Minute Entry for proceedings held before Magistrate Judge Karen K. Klein:Initial Appearance in Rule 5(c)(3) Proceedings as to Douglas Wayne Tarnow held on 1/9/2008 (Court Reporter KK) (jo) (Entered: 01/11/2008) |
| 01/09/2008 | | (Court only) ***Case Terminated as to Douglas Wayne Tarnow (jo) (Entered: 01/15/2008) |
| 01/11/2008 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Douglas Wayne Tarnow by Magistrate Judge Karen K. Klein (jo) (Entered: 01/11/2008) |
| 01/11/2008 | 6 | NOTICE OF ATTORNEY APPEARANCE: Christopher J. Lancaster appearing for Douglas Wayne Tarnow (Lancaster, Christopher) (Entered: 01/11/2008) |