**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge |
| v. | ) | |
| Douglas Wayne Tarnow, Defendant. | ) | |

Case No: CR 02-183 DWF/RLE
Date: January 18, 2008
Court Reporter: None
Tape Number: #187 2885-3024
Time Commenced: 3:05 p.m.
Time Concluded: 3:10 p.m.
Time in Court: 5 Minutes

## APPEARANCES:

**Plaintiff:** Robert Lewis
Assistant U.S. Attorney
**Defendant:** Kate Menendez for Lyonel Norris
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter: None Language: English

Date Charges Filed: January 14, 2008 Offense: Committing crimes while on release

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release ☒ Supervised Release

☐ Charges from other District

☒ Government moves for detention.
Motion is: ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

Next appearance date is February 6, 2008 at 9:30 a.m. before U.S. District Court Judge Donovan W. Frank for:

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ final revocation

☒Detention hearing waived ☒ Preliminary revocation hearing waived ☐Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood
Criminal Duty Clerk