# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

DOUGLAS WAYNE TARNOW,
Defendant.

**NOTICE OF APPEARANCE**

Case No: CR 02-183 (DWF)

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Lyonel Norris shall appear as appointed counsel of record for the above named defendant in this case.

Dated: January 22, 2008

*s/Lyonel Norris*
Lyonel Norris
Attorney ID No. 165888
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415