IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Douglas Wayne Tarnow,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Donovan W. Frank
U.S. District Judge

Case No: 02-183 (DWF/RLE)
Date: February 6, 2008
Court Reporter: Jeanne Anderson
Tape Number:
Time Commenced: 9:30 AM
Time Concluded: 10:05 AM
Time in Court: 35 Minutes

## APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Lyonel Norris ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: /

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☒ Defendant is sentenced to: Custody of BOP for 8 months with credit for time served. No supervision to follow.
☒ Written order to be issued.

s/Gina Olsen
Calendar Clerk